CARR *v.* SCHNEIDER'S ESTATE.

[No. 17,154. Filed November 18, 1943.]

Charles L. Anderson, Robert T. Miller, and Mae Turner Anderson, all of Logansport, for appellant.

Robert R. David, of Logansport, for appellee.

FLANAGAN, J.—The only party appellee designates in the assignment of errors is "The Estate of Onie May Schneider, deceased."

The estate of a decedent cannot be a party to an action without some representative. The assignment of errors is appellant's complaint on appeal and must contain the names of all parties to the appeal. There being no appellee here this appeal must be dismissed. *Dallam* v. *Stockwell's Estate* (1904), 33 Ind. App. 620, 71 N. E. 911.

Appeal dismissed.

NOTE.—Reported in 51 N. E. (2d) 392.